PD-0406-15

PD-0406-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/10/2015 2:21:43 PM
Accepted 4/15/2015 3:50:16 PM
ABEL ACOSTA
CLERK

No. _____

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

EMILIO RODRIGUEZ V. THE STATE OF TEXAS

FROM THE SEVENTH COURT OF APPEALS
CAUSE NO. 07-14-00202-CR

ON APPEAL FROM CAUSE NO. 2014-401,172
IN THE 364TH DISTRICT COURT
LUBBOCK COUNTY, TEXAS
HON. BRAD UNDERWOOD, JUDGE PRESIDING
HON. JOHN J. MCCLENDON, JUDGE PRESIDING BY ASSIGNMENT
CECIL G. PURYEAR, JUDGE PRESIDING BY ASSIGNMENT

# APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

JULIE GOEN PANGER
Counsel for Appellant/Petitioner
The Kiechler Law Firm
619 Broadway Street
Lubbock, Texas 79401
Telephone (806) 712-2889
Facsimile (808) 712-2529
State Bar Number 24069793
Email: julie@thelubbocklawyer.com

April 10, 2015

To the Honorable Court of Criminal Appeals of Texas:

COMES NOW, EMILIO RODRIGUEZ, Appellant/Petitioner herein, and files this Motion for Extension of Time to File Petition for Discretionary Review pursuant to TEX. R. APP. P. 10.1, 10.5, and 68.2, and in support thereof would show the Court as follows:

I.

The opinion of the Seventh Court of Appeals in Cause No. 07-14-00202-CR, affirming the conviction, was rendered on February 25, 2015.

II.

The number and style of the case in the District Court is Cause No. 2014-401,172, State of Texas v. Emilio Rodriguez.

III.

Appellant/Petitioner was convicted by a jury of robbery, enhanced by prior felony convictions. He was then sentenced to ninety-nine (99) years' imprisonment.

IV.

The original deadline for filing the petition for discretionary review was March 27, 2014. This Motion is being filed within fifteen (15) days of such deadline, pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure.

V.

No extensions of time to file the petition for discretionary review have been previously requested or granted.

## VI.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

A. Counsel has been made aware of a United States Supreme Court case, decided on March 30, 2015, which specifically relates to the facts of this case and will likely have a bearing on this Court's review of this case. *See Woods v. Donald*, 575 U.S. \_\_\_\_ (2015), No. 14-618, decided March 30, 2015.

## VII.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct petition to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

## VIII.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this Court grant an extension of time to file the petition for discretionary review until April 24, 2015.

Respectfully submitted,


The Kiechler Law Firm PLLC
619 Broadway
Lubbock, Texas 79401
806.712.2889p
806.712.2529f
julie@thelubbocklawyer.com


_/s/ Julie Goen Panger_____
Julie Goen Panger
SBN: 24069793

## CERTIFICATE OF SERVICE

I certify that on April 10, 2015, I provided a copy of this Motion to Jeff Ford, Lubbock County District Attorney, Attorney for the State, by electronic service at jford@lubbockcda.com.


_/s/ Julie Goen Panger_____
Julie Goen Panger